45

(No. 74-CC-699—)

MARTHA B. SHIPLEY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed August 2, 1974.*

MARTHA B. SHIPLEY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-700—)

#6 DAYTON CURRENCY EXCHANGE, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed August 2, 1974.*

#6 DAYTON CURRENCY EXCHANGE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.